FILED
CLERK, U.S. DISTRICT COURT
12/9/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____eva_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MARIO PROCOPIO and<br>DAVID SIMS,<br><br>        Defendants. | No. 8:20-cr-00191-JFW<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1343: Wire Fraud] |

The Grand Jury charges:

## COUNTS ONE THROUGH THREE
## [18 U.S.C. §§ 1343, 2(a)]

A.  INTRODUCTORY ALLEGATIONS

    At times relevant to this Indictment:

    1.   Defendant MARIO PROCOPIO controlled and operated the entities ALC Holdings, LLC ("ALC") and El Cether-Elyown ("El Cether"), both located in Newport Beach, California.

    2.   Defendant DAVID SIMS controlled and operated Sims Equities, Inc. ("Sims Equities"), located in Newport Beach, California.

3.   Defendants PROCOPIO and SIMS, through ALC, El Cether, and Sims Equities, offered investors the opportunity to invest in "trading platforms" that purportedly allowed the purchase of bank instruments at discounted prices from foreign banks.

B.   THE SCHEME TO DEFRAUD

4.   Beginning in or around February 2012 and continuing until in or around April 2020, in Orange County, within the Central District of California, and elsewhere, defendants PROCOPIO and SIMS and others, knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud and obtain money from investors by means of materially false and fraudulent representations in connection with a fraudulent investment scheme.

5.   In carrying out the scheme, defendants PROCOPIO and SIMS, each aiding and abetting the other, engaged in the following fraudulent and deceptive acts, practices, and devices, and made the following material misrepresentations, among others:

   a.   Defendants PROCOPIO and SIMS, and others at their direction, contacted prospective investors to solicit them to invest in trading platforms.

   b.   Defendants PROCOPIO and SIMS falsely told victim-investors that they had access to special trading platforms that governments, corporations, and wealthy investors used to purchase large sums of bank instruments at discounted prices from foreign banks.

   c.   Defendants PROCOPIO and SIMS induced and attempted to induce victims to invest in the trading platforms by falsely promising the victim-investors enormous returns and falsely characterizing the investments as risk-free.

2

  d. In fact, defendants PROCOPIO and SIMS knew that these statements were false because the trading platforms did not exist, the investor money was never invested into the trading platforms, and the investors never received the promised returns.

  e. Instead of using the investor money as promised, defendants PROCOPIO and SIMS used the investor money to pay for their own personal expenses.

6. Through this scheme, defendants PROCOPIO and SIMS caused at least nine investors to lose over $1.5 million.

C. THE USE OF INTERSTATE WIRES

7. On or about the dates set forth below, within the Central District of California, and elsewhere, for the purpose of executing the above-described scheme to defraud, defendants PROCOPIO and SIMS, each aiding and abetting the other, transmitted, and caused the transmission of the following by means of wire communication in interstate and foreign commerce:

| COUNT | DATE | ITEM WIRED |
|---|---|---|
| ONE | December 11, 2015 | $15,000 from Victim J.D.R.'s Bankers Bank account in Iowa Park, Texas, to El Cether-Elyown's Chase bank account in Newport Beach, California |
| TWO | April 7, 2016 | An e-mail sent from defendant PROCOPIO in California, using his Yahoo email account, drprocopio@yahoo.com, to the email address of Victim B.B., located in New York, containing the "Funding and Participation Agreement." |

/ / /

/ / /

/ / /

| COUNT | DATE | ITEM WIRED |
|---|---|---|
| THREE | February 10, 2017 | $10,000 from an account at City National Bank in Irvine, California controlled by an undercover FBI agent posing as an escrow officer, through the servers of the Federal Reserve in East Rutherford, New Jersey, which was ultimately received by defendant PROCOPIO in cash. |

A TRUE BILL

/S/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Deputy Chief
Santa Ana Branch Office

BENJAMIN D. LICHTMAN
Assistant United States Attorney
Santa Ana Branch Office

4